The Honorable Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDA WEITZ, individually and on behalf of all others similarly situated, | No.   CV 07-0684 RSM |
| Plaintiff, | NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407 AND REQUEST TO MAINTAIN STAY |
| v. | |
| MENU FOODS, a foreign corporation, | |
| Defendant. | |

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued a Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey.  The June 19, 2007 Transfer Order is attached hereto.  On June 28, 2007, the JPML issued the attached Conditional Transfer Order ("CTO-1"), conditionally transferring this case to the MDL, pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

In light of the likely imminent transfer of this case, Menu Foods requests that the current stay of proceedings remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

NOTICE OF MULTIDISTRICT CONSOLIDATION
PURSUANT TO 28 U.S.C. §1407 AND REQUEST
TO MAINTAIN STAY - CV 07-0684 RSM - 1

GARDNER BOND TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

1

DATED this 5th day of July, 2007.

2

GARDNER BOND TRABOLSI PLLC

3

4

By:_____/s/_____
      Gary A. Trabolsi, WSBA No. 13215
      Jeffrey T. Kestle, WSBA No. 29648
      Attorneys for Defendant MENU FOODS

5

6

### CERTIFICATE OF SERVICE

7

8

I, Jodie Tomlinson, say:

9

I hereby certify that on July 6, 2007, I electronically filed the Notice of Multidistrict

10

Consolidation Pursuant to 28 U.S.C. § 1407 and Request to Maintain Stay, and this Certificate

11

of Service with the Clerk of the Court and I hereby certify that I have sent via electronic

12

service, these documents to the following:

13

Steve W. Berman                          Michael David Myers
Hagens Berman  Sobol Shapiro LLP          Myers & Company
1301 Fifth Avenue, Suite 2900             1809 Seventh Avenue, Suite 700
Seattle, WA  98101                        Seattle, WA  98101
steve@hbsslaw.com                         mmyers@myers-company.com

14

15

16

17

DATED this 6th of July, 2007, at Seattle, Washington.

18

19

          _____/s/Jodie Tomlinson
          Jodie Tomlinson
          Legal Assistant to Jeffrey T. Kestle

20

21

22

23

NOTICE OF MULTIDISTRICT CONSOLIDATION
PURSUANT TO 28 U.S.C. §1407 AND REQUEST
TO MAINTAIN STAY - CV 07-0684 RSM - 2

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318